UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DATASPHERE, INC., : | |
| Plaintiff, : | Hon. Stanley R. Chesler, U.S.D.J. |
| : | Civil Action No. 05-2717 (SRC) |
| v. : | |
| COMPUTER HORIZONS CORP., : | **ORDER** |
| Defendant/Third-Party Plaintiff. : | |
| COMPUTER HORIZONS CORP., : | |
| Defendant/Third-Party Plaintiff, : | |
| v. : | |
| ROBERT DOYLE, individually, and : | |
| R. DOYLE, INC., : | |
| Third-Party Defendants. : | |

**CHESLER**, **U.S.D.J.**

This matter having come before the Court on the motion for partial summary judgment on the Second and Sixth Counts of the Complaint, pursuant to FED. R. CIV. P. 56, by Defendant Computer Horizons Corp. ("CHC"); and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

**IT IS** on this 9th day of October, 2008,

**ORDERED** that CHC's motion for partial summary judgment (Docket Entry No. 90) is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that, as to the Sixth Count claims for breach of the Agreement's restrictive hiring covenant and for breach of the obligation to give Datasphere the right of first refusal, CHC's motion for partial summary judgment (Docket Entry No. 90) is **DENIED**; and it is further

**ORDERED** that, as to the Second Count and the remaining claims within the Sixth Count, CHC's motion for partial summary judgment (Docket Entry No. 90) is **GRANTED**, and judgment on these issues is hereby entered in Defendant's favor.

                                                                       s/ Stanley R. Chesler
                                                              Stanley R. Chesler, U.S.D.J.